LEVIN-ATKINS SILK CORPORATION, Respondent, v. PETER POBER, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CAROLINE DETZAUER, Respondent, v. CHARLES W. DETZAUER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrel Martin, O'Malley and Proskauer, JJ.

WILLIAM HOFFMAN, Suing, etc., Appellant, v. EXOTIC ART PROCESS, INC., and Others, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAX BROWN, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent. No opinion.

SAM BROWN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent. No opinion.

ANNIE SOTSKY, Appellant, v. EMANDESS HOLDING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS SOTSKY, Appellant, v. EMANDESS HOLDING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BARNETT SHUBERT, Respondent, v. GOODMAN WAREHOUSE CORPORATION, Defendant, Impleaded with NATHAN SHUBERT, Appellant.— Order reversed, with costs and disbursements, and verdict reinstated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Proskauer, JJ., dissent. No opinion.

LAMBORN & COMPANY, INC., Respondent, v. WILLIAM M. SLOAN, as Chairman, etc., of AMERICAN MANUFACTURERS FOREIGN CREDIT INSURANCE EXCHANGE, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of JAMES BARBER, Deceased. JOHN H. PARMELEE, Appellant; EDWARD J. BARBER and Another, Respondents.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THOMAS HESSLER, Respondent, v. CHARLES KURTZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK M. FRENCH, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUISE PORRET, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent. No opinion.

ZELDA HYMAN, Respondent, v. CHARLES NESSLER, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM SOLOWITZSKY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.